USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-27-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x   MEMO ENDORSED
STUAR L. SAFTCHICK,                                :
                                                   :
                     Plaintiff,                    :
                                                   :   Case No. 1:25-cv-00430-LAK
     v.                                            :
                                                   :
UNUM GROUP and UNUM LIFE                           :
INSURANCE COMPANY OF AMERICA,                      :
                                                   :
                     Defendant.                    :
                                                   :
------------------------------------------------------------ x

## NOTICE OF SETTLEMENT

Counsel for both parties in the above-captioned action hereby report that they have reached an agreement in principle to settle this action and expect to complete the settlement and file a stipulation of dismissal within thirty days.

Dated: October 24, 2025

ROBINSON & COLE LLP                       SWARTZ CULLETON FERRIS, PLLC

By: /s/Patrick W. Begos                   By: /s/Brett E. Zuckerman
    Patrick W. Begos                          Swartz Culleton Ferris, PLLC
    1055 Washington Boulevard                 500 Seventh Avenue, 8th Floor
    Stamford, CT 06901                        New York, NY 10018
    Tel. No.: (203) 462-7500                  Tel. No.: 212-852-6070, Ext. 152
    E-mail: pbegos@rc.com                     Email: bzuckerman@scflawoffice.com

*Attorneys for Defendant*                  *Attorneys for Plaintiff*

Case dismissed with prejudice and without costs subject to the right of either side to reinstate the action by serving and filing a notice to that effect in the event the settlement is not completed, such notice to be filed within 45 days of today.

SO ORDERED

10/27/25   LEWIS A. KAPLAN, USDJ